# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| BEVERLY HILLS UNIFIED SCHOOL DISTRICT,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL TRANSIT ADMINISTRATION; K. JANE WILLIAMS, in her official capacity as the Administrator of the Federal Transit Administration; RAYMOND TELLIS, in his official capacity as Regional Administrator of the Federal Transit Administration's Region IX Office; LOS ANGELES COUNTY METROPOLITAN TRANSPORTATION AUTHORITY, a public entity; PHILLIP A. WASHINGTON, in his official capacity as Chief Executive Officer of the Los Angeles County Metropolitan Transportation Authority,<br><br>Defendants. | No. CV 18-716-GW-SSx<br><br>Honorable George H. Wu<br><br>**FINAL JUDGMENT** |

1	In accordance with Federal Rule of Civil Procedure 54 and the Court's Order of May 18, 2020 (Docket No. 231), adopting as final the Court's tentative rulings of June 27, 2019 (Docket No. 125), August 20, 2019 (Docket No. 149), and May 15, 2020, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

	1.	On May 15, 2020, the Court issued a third tentative ruling regarding the parties' cross-motions for summary judgment.  That ruling incorporates by reference the Court's previous tentative rulings (Docket Nos. 125 and 149), grants summary judgment in favor of all Defendants, and denies Plaintiff's Motion for summary judgment.

	2.	On May 18, 2020, the Court adopted its May 15, 2020 tentative ruling as final (Docket 231).

	3.	As to all of Plaintiff's claims, judgment is entered in favor of Defendants. Such claims are dismissed with prejudice.

	4.	Plaintiff's request pursuant to Fed. R. Civ. P. 62(d) and in accordance with Fed. R. App. P. 8(a) for a stay of this Final Judgment and for an injunction pending appeal enjoining Defendants from proceeding with construction of the "Project Alignment" of the Purple Line Extension between a station on Wilshire Boulevard in Beverly Hills to Century City in Los Angeles (the "Project") and with construction at the Projects Staging Areas 2 and 3, made orally during the May 18, 2020 hearing, is denied.

	5.	In accordance with the Court's Order of May 18, 2020 (Docket No. 230) Plaintiff's motion for sanctions against the Los Angeles Transportation Authority (Docket No. 213) is denied.

	6.	All parties are to bear their own costs and attorney's fees.

//
//
//

**1**

[PROPOSED] FINAL JUDGMENT
Case No. 2:18-cv-00716 GW(SSx)

7. Nothing herein modifies the Court's rulings of June 27, 2019, August 20, 2019, and May 15, 2020 adopted as final on May 18, 2020.

IT IS SO ORDERED.

DATED: May 26, 2020

_____
GEORGE H. WU, United States District Judge

**2**

[PROPOSED] FINAL JUDGMENT
Case No. 2:18-cv-00716 GW(SSx)